1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   KENNETH ARDELL SMITH,              No. CIV S-07-1684-LEW-CMK

12                 Plaintiff,

13        vs.                           <u>FINDINGS & RECOMMENDATIONS</u>

14   SACRAMENTO SUPERIOR
     COURT DIVISION,

15                 Defendant.

16   _____/

17            Plaintiff, proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. §

18   1983.   The court is required to screen complaints brought by prisoners seeking relief against a

19   governmental entity or officer or employee of a governmental entity.  <u>See</u> 28 U.S.C. § 1915A(a).

20   The court is also required to screen complaints brought by litigants who have been granted leave

21   to proceed in forma pauperis.  <u>See</u> 28 U.S.C. § 1915(e)(2).  Under these screening provisions, the

22   court must dismiss a complaint or portion thereof if it: (1) is frivolous or malicious; (2) fails to

23   state a claim upon which relief can be granted; or (3) seeks monetary relief from a defendant who

24   is immune from such relief.  <u>See</u> 28 U.S.C. §§ 1915(e)(2)(A), (B) and 1915A(b)(1), (2).

25   Moreover, pursuant to Federal Rule of Civil Procedure 12(h), this court must dismiss an action

26   "[w]henever it appears . . . that the court lacks jurisdiction of the subject matter . . . ."  Because

1

1   plaintiff, who is not a prisoner, has been granted leave to proceed in forma pauperis, the court

2   will screen the complaint pursuant to § 1915(e)(2).  Pursuant to Rule 12(h), the court will also

3   consider as a threshold matter whether it has subject-matter jurisdiction.

4          Plaintiff's complaint is a one-page hand written document which states the

5   following:

6          I was sent to Sacramento County jail ilegaly, reason and how i got
           threw and case 72 hour warrant which was file fied by Sacramento
7          County Court about H.I.V. Blood testing.  I transfer from Kings
           county and Dve of release to parole on Home sent county appear
8          front of court county judge reason about blood 6 months of time
           restriant.  I got set up at Superior Court in aletercation by Duptie,
9          state county judge to fight, inmate, falsefied charges by three
           Dupties two felonys due to the fact 72 Hour or 48 Hours to a
10         Reiment for court appearance Didn't take place i was sent on prole
           violatio behing the falsfie of Dupies 6 month later i was take to
11         court charge 16 month state prison by judge on time freedom.

12  Complaint at 1 (all errors in original).

13         A claim is legally frivolous when it lacks an arguable basis either in law or in fact.

14  See Neitzke v. Williams, 490 U.S. 319, 325 (1989); Franklin v. Murphy, 745 F.2d 1221, 1227-28

15  (9th Cir. 1984).  When applied to a complaint, the term "frivolous" embraces both the inarguable

16  legal conclusion and the fanciful factual allegation.  See Neitzke, 490 U.S. at 325.  The court

17  may, therefore, dismiss a claim as frivolous where it is based on an indisputably meritless legal

18  theory or where the factual contentions are clearly baseless.  Id. at 327.  The critical inquiry is

19  whether a constitutional claim, however inartfully pleaded, has an arguable legal and factual

20  basis.  See Jackson v. Arizona, 885 F.2d 639, 640 (9th Cir. 1989); Franklin, 745 F.2d at 1227.

21  The court need not accept the allegations in the complaint as true, but must determine whether

22  they are fanciful, fantastic, or delusional.  See Denson v Hernandez, 504 U.S. 25, 33 (1992)

23  (quoting Neitzke, 490 U.S. at 328).  Finally, a complaint may be dismissed as frivolous if it

24  merely repeats pending or previously litigated claims.  See Cato v. United States, 70 F.3d 1103,

25  1105 n.2 (9th Cir. 1995).

26         In addition, judges are absolutely immune from damage actions for judicial acts

                                                  2

1  taken within the jurisdiction of their courts.  See Schucker v. Rockwood, 846 F.2d 1202, 1204

2  (9th Cir. 1988) (per curiam).  This immunity is lost only when the judge acts in the clear absence

3  of all jurisdiction or performs an act that is not judicial in nature.  See id.  Judges retain their

4  immunity even when they are accused of acting maliciously or corruptly, see Mireles v. Waco,

5  502 U.S. 9, 11 (1991) (per curiam); Stump v. Sparkman, 435 U.S. 349, 356-57 (1978), and when

6  they are accused of acting in error, see Meek v. County of Riverside, 183 F.3d 962, 965 (9th Cir.

7  1999).

8          Furthermore, the Eleventh Amendment prohibits federal courts from hearing suits

9  brought against a state both by its own citizens, as well as by citizens of other states.  See Brooks

10  v. Sulphur Springs Valley Elec. Coop., 951 F.2d 1050, 1053 (9th Cir. 1991).  This prohibition

11  extends to suits against states themselves, and to suits against state agencies.  See Lucas v. Dep't

12  of Corr., 66 F.3d 245, 248 (9th Cir. 1995) (per curiam); Taylor v. List, 880 F.2d 1040, 1045 (9th

13  Cir. 1989).   A state's agency responsible for incarceration and correction of prisoners is a state

14  agency for purposes of the Eleventh Amendment.  See Alabama v. Pugh, 438 U.S. 781, 782

15  (1978) (per curiam); Hale v. Arizona, 993 F.2d 1387, 1398-99 (9th cir. 1993) (en banc).

16          The Eleventh Amendment also bars actions seeking damages from state officials

17  acting in their official capacities.  See Eaglesmith v. Ward, 73 F.3d 857, 859 (9th Cir. 1995);

18  Pena v. Gardner, 976 F.2d 469, 472 (9th Cir. 1992) (per curiam).  The Eleventh Amendment

19  does not, however, bar suits against state officials acting in their personal capacities.  See id.

20  Under the doctrine of Ex Parte Young, 209 U.S. 123 (1908), the Eleventh Amendment does not

21  bar suits for prospective declaratory or injunctive relief against state officials in their official

22  capacities.  See Armstrong v. Wilson, 124 F.3d 1019, 1025 (9th Cir. 1997).  The Eleventh

23  Amendment also does not bar suits against cities and counties.  See Monell v. Dep't of Soc.

24  Servs., 436 U.S. 658, 690 n.54 (1978).

25          Plaintiff's claims are incomprehensible, frivolous, and delusional.  In addition,

26  plaintiff names only the Sacramento Superior Court as a defendant in this case.  Plaintiff cannot

1  state a claim against the Sacramento Superior Court because such suits are barred by the

2  Eleventh Amendment.  See Greater L.A. Council on Deafness, Inc. v. Zolin, 812 F.2d 1102, 1110

3  (9th Cir. 1987) (holding that state courts are arms of the state for Eleventh Amendment

4  purposes).  Therefore, plaintiff's complaint should be dismissed.  Because it does not appear

5  possible that the deficiencies identified herein can be cured by amending the complaint, plaintiff

6  is not entitled to leave to amend prior to dismissal of the entire action.  See Lopez v. Smith, 203

7  F.3d 1122, 1126, 1131 (9th Cir. 2000) (en banc).

8          Based on the foregoing, the undersigned recommends that plaintiff's complaint be

9  dismissed without leave to amend, and this matter be closed.

10         These findings and recommendations are submitted to the United States District

11  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 20 days

12  after being served with these findings and recommendations, any party may file written

13  objections with the court.  The document should be captioned "Objections to Magistrate Judge's

14  Findings and Recommendations."  Failure to file objections within the specified time may waive

15  the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

16

17  DATED:   September 4, 2007.

18

19                                              _____
                                                **CRAIG M. KELLISON**
20                                              UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26